UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:

                                                                    Chapter 11

KUM GANG INC.,
Debtor.                                                 Case No.: 19-46432-cec

------------------------------------------------------------X

## **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Jeremy M. Poland, the annexed Declaration of Mary Rahl, and the exhibits annexed thereto, the undersigned will make a motion before the Hon. Carla E. Craig, United States Bankruptcy Court, Courtroom 3529, at the United States Bankruptcy Court for the Eastern District of New York, at the Courthouse, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, on November 20, 2019 at 2:30 o'clock in the afternoon of that day or as soon thereafter as counsel may be heard, for an for an order pursuant to 11 U.S.C. §362 vacating the automatic stay and waiving the requirements of Rule 1001(a)(3) and for such other and further relief as this Court may deem just and proper.

Dated: Williston Park, New York
         October 28, 2019                 Yours, etc.

                                                               */s/ Jeremy Poland*
                                                           JEREMY M. POLAND, ESQ. (JP4587)
                                                           (email: jpoland@hwrpc.com)
                                                           HORING WELIKSON ROSEN & DIGRUGILLIERS, P.C.
                                                           11 Hillside Avenue
                                                           Williston Park, New York 11596
                                                          (516) 535-1700

TO:    Kum Gang, Inc
         138-28 Northern Blvd.
         Flushing, NY 11354

**H Bruce Bronson**
Bronson Law Offices PC
480 Mamaroneck Ave.
Harrison, NY 10528
877-385-7793
Fax : 888-908-6906
Email: ecf@bronsonlaw.net

United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014