```
*LEMU*                  -- TENANT DETAIL HISTORY CONTINUED --      DATE: 10/28/19
TIME: 10:25:26                                                     PAGE:        2

ACCT.NO: 210-001-6      KUM GANG INC.                              UNIT:
```

| DATE   | OPENING BALANCE | BILLING   | CHARGES CREDITS | PAYMENTS   | CLOSING BALANCE |
|--------|-----------------|-----------|-----------------|------------|-----------------|
| 3/2019 | 958134.37       | 64680.32  | 3183.61         | .00        | 1025998.30      |
| 4/2019 | 1025998.30      | 64680.32  | 23374.40        | -194040.96 | 920012.06       |
| 5/2019 | 920012.06       | 64680.32  | 1293.61         | -64680.32  | 921305.67       |
| 6/2019 | 921305.67       | 64680.32  | 1673.61         | .00        | 987659.60       |
| 7/2019 | 987659.60       | 413587.14 | 24169.96        | -64680.32  | 1360736.38      |
| 8/2019 | 1360736.38      | 65973.93  | 1319.48         | -65973.93  | 1362055.86      |
| 9/2019 | 1362055.86      | 65973.93  | .00             | .00        | 1428029.79      |

-- TENANT DETAIL HISTORY --

### HISTORY 1/2019

| -- | -BILLED-    | -CURRENT-  | -ARREARS-  | --------CRS & ADJUST--------- | ----BALANCE--- |
|----|-------------|------------|------------|-------------------------------|----------------|
| 1  | BASE CHARG  | 64680.32   |            |                               |                |
| 1  | BASE RENT   | 191504.48  | ARREARS    | PAYMENT    64680.32CR 01/16   | 191504.48      |
| 4  | W & S       | 101135.10  | ARREARS    | WATER SEWE 24787.85    01/23  | 125922.95      |
| 7  | LEGAL       | 1980.00    | ARREARS    |                               | 1980.00        |
| 8  | R.E. TAX    | 558742.66  | ARREARS    |                               | 558742.66      |
| 9  | LATE FEE    | 11413.96   | ARREARS    |                               | 11413.96       |
| 14 | PERMIT FEE  | 1890.00    | ARREARS    |                               | 1890.00        |
| -- | -------     | 64680.32   | 866666.20- | -------    -39892.47  ------- | 891454.05      |

### HISTORY 2/2019

| -- | -BILLED-    | -CURRENT-  | -ARREARS-  | --------CRS & ADJUST--------- | ----BALANCE--- |
|----|-------------|------------|------------|-------------------------------|----------------|
| 1  | BASE CHARG  | 64680.32   |            |                               |                |
| 1  | BASE RENT   | 191504.48  | ARREARS    |                               | 256184.80      |
| 4  | W & S       | 125922.95  | ARREARS    |                               | 125922.95      |
| 7  | LEGAL       | 1980.00    | ARREARS    | LEGAL CHAR  2000.00    02/07  | 3980.00        |
| 8  | R.E. TAX    | 558742.66  | ARREARS    |                               | 558742.66      |
| 9  | LATE FEE    | 11413.96   | ARREARS    |                               | 11413.96       |
| 14 | PERMIT FEE  | 1890.00    | ARREARS    |                               | 1890.00        |
| -- | -------     | 64680.32   | 891454.05- | -------     2000.00   ------- | 958134.37      |

### HISTORY 3/2019

| -- | -BILLED-    | -CURRENT-  | -ARREARS-  | --------CRS & ADJUST--------- | ----BALANCE--- |
|----|-------------|------------|------------|-------------------------------|----------------|
| 1  | BASE CHARG  | 64680.32   |            |                               |                |
| 1  | BASE RENT   | 256184.80  | ARREARS    |                               | 320865.12      |
| 4  | W & S       | 125922.95  | ARREARS    |                               | 125922.95      |
| 7  | LEGAL       | 3980.00    | ARREARS    |                               | 3980.00        |
| 8  | R.E. TAX    | 558742.66  | ARREARS    |                               | 558742.66      |
| 9  | LATE FEE    | 11413.96   | ARREARS    | LATE CHARG  1293.61    03/27  | 12707.57       |
| 14 | PERMIT FEE  | 1890.00    | ARREARS    | PERMIT FEE  1890.00    03/07  | 3780.00        |
| -- | -------     | 64680.32   | 958134.37- | -------     3183.61   ------- | 1025998.30     |

```
*LEMU*                    -- TENANT DETAIL HISTORY CONTINUED --        DATE: 10/28/19
TIME: 10:25:26                                                          PAGE:       3

ACCT.NO: 210-001-6           KUM GANG INC.                              UNIT:

                                  HISTORY  4/2019
 -- |-BILLED------CURRENT---ARREARS-|--------CRS & ADJUST---------|----BALANCE---
  1 |BASE CHARG    64680.32         |
  1 |BASE RENT    320865.12  ARREARS|PAYMENT         64680.32CR 04/29|
  1 |                               |#3029 PAYM      64680.32CR 04/01|
  1 |                               |#3005 PAYM      64680.32CR 04/01|   191504.48
  4 |W & S        125922.95  ARREARS|WATER SEWE      22080.79    04/22|   148003.74
  7 |LEGAL          3980.00  ARREARS|                                |     3980.00
  8 |R.E. TAX     558742.66  ARREARS|                                |   558742.66
  9 |LATE FEE      12707.57  ARREARS|LATE CHARG       1293.61    04/15|    14001.18
 14 |PERMIT FEE     3780.00  ARREARS|                                |     3780.00
 -- |--------     64680.321025998.30-|-------       -170666.56  ------|   920012.06

                                  HISTORY  5/2019
 -- |-BILLED------CURRENT---ARREARS-|--------CRS & ADJUST---------|----BALANCE---
  1 |BASE CHARG    64680.32         |
  1 |BASE RENT    191504.48  ARREARS|PAYMENT         64680.32CR 05/28|   191504.48
  4 |W & S        148003.74  ARREARS|                                |   148003.74
  7 |LEGAL          3980.00  ARREARS|                                |     3980.00
  8 |R.E. TAX     558742.66  ARREARS|                                |   558742.66
  9 |LATE FEE      14001.18  ARREARS|LATE CHARG       1293.61    05/15|    15294.79
 14 |PERMIT FEE     3780.00  ARREARS|                                |     3780.00
 -- |--------     64680.32  920012.06-|-------        -63386.71  ------|   921305.67

                                  HISTORY  6/2019
 -- |-BILLED------CURRENT---ARREARS-|--------CRS & ADJUST---------|----BALANCE---
  1 |BASE CHARG    64680.32         |
  1 |BASE RENT    191504.48  ARREARS|                                |   256184.80
  4 |W & S        148003.74  ARREARS|                                |   148003.74
  7 |LEGAL          3980.00  ARREARS|LEGAL CHAR        380.00    06/05|     4360.00
  8 |R.E. TAX     558742.66  ARREARS|                                |   558742.66
  9 |LATE FEE      15294.79  ARREARS|LATE CHARG       1293.61    06/18|    16588.40
 14 |PERMIT FEE     3780.00  ARREARS|                                |     3780.00
 -- |--------     64680.32  921305.67-|-------          1673.61  ------|   987659.60

                                  HISTORY  7/2019
 -- |-BILLED------CURRENT---ARREARS-|--------CRS & ADJUST---------|----BALANCE---
  1 |BASE CHARG    65973.93         |
  1 |BASE RENT    256184.80  ARREARS|PAYMENT         64680.32CR 07/01|   257478.41
  4 |W & S        148003.74  ARREARS|WATER SEWE      22850.48    07/24|   170854.22
  6 |ADDTL SECU      973.93         |                                |      973.93
  7 |LEGAL          4360.00  ARREARS|                                |     4360.00
  8 |R.E. TAX     346639.28  07/2019|
  8 |R.E. TAX     558742.66  ARREARS|                                |   905381.94
  9 |LATE FEE      16588.40  ARREARS|LATE CHARG       1319.48    07/18|    17907.88
 14 |PERMIT FEE     3780.00  ARREARS|                                |     3780.00
 -- |--------    413587.14  987659.60-|-------        -40510.36  ------|  1360736.38

                                  HISTORY  8/2019
 -- |-BILLED------CURRENT---ARREARS-|--------CRS & ADJUST---------|----BALANCE---
  1 |BASE CHARG    65973.93         |
  1 |BASE RENT    257478.41  ARREARS|PAYMENT         65973.93CR 08/07|   257478.41
  4 |W & S        170854.22  ARREARS|                                |   170854.22
  6 |SECURITY        973.93  ARREARS|                                |      973.93
  7 |LEGAL          4360.00  ARREARS|                                |     4360.00
```

```
*LEMU*                    -- TENANT DETAIL HISTORY CONTINUED --        DATE: 10/28/19
TIME: 10:25:26                                                         PAGE:       4

ACCT.NO: 210-001-6        KUM GANG INC.                                UNIT:

                                    HISTORY  8/2019
-- |-BILLED------CURRENT---ARREARS-|--------CRS & ADJUST---------|----BALANCE---|
 8 |R.E. TAX    905381.94  ARREARS |                             |    905381.94 |
 9 |LATE FEE     17907.88  ARREARS |LATE CHARG    1319.48   08/15|     19227.36 |
14 |PERMIT FEE    3780.00  ARREARS |                             |      3780.00 |
-- |-------      65973.931360736.38-|-------    -64654.45  ------|   1362055.86 |

                                    HISTORY  9/2019
-- |-BILLED------CURRENT---ARREARS-|--------CRS & ADJUST---------|----BALANCE---|
 1 |BASE CHARG   65973.93          |                             |              |
 1 |BASE RENT   257478.41  ARREARS |                             |    323452.34 |
 4 |W & S       170854.22  ARREARS |                             |    170854.22 |
 6 |SECURITY       973.93  ARREARS |                             |       973.93 |
 7 |LEGAL         4360.00  ARREARS |                             |      4360.00 |
 8 |R.E. TAX    905381.94  ARREARS |                             |    905381.94 |
 9 |LATE FEE     19227.36  ARREARS |                             |     19227.36 |
14 |PERMIT FEE    3780.00  ARREARS |                             |      3780.00 |
-- |-------      65973.931362055.86-|-------          .00  ------|   1428029.79 |

------------------------------------------------------------------------------
                          ---CURRENT ACCOUNT STATUS---
------------------------------------------------------------------------------
-- |-BILLED------CURRENT---ARREARS-|------------CR & ADJUST------|----BALANCE---|
 1 |BASE RENT    65973.93          |                             |              |
 1 |BASE RENT   323452.34  ARREARS |                             |    389426.27 |
 4 |W & S       170854.22  ARREARS |WATER SEWE   26527.63   10/23|    197381.85 |
 6 |SECURITY       973.93  ARREARS |                             |       973.93 |
 7 |LEGAL         4360.00  ARREARS |                             |      4360.00 |
 8 |R.E. TAX    905381.94  ARREARS |                             |    905381.94 |
 9 |LATE FEE     19227.36  ARREARS |                             |     19227.36 |
14 |PERMIT FEE    3780.00  ARREARS |                             |      3780.00 |
-- |-------      65973.931428029.79-|-------      26527.63  ------|   1520531.35 |
```

*Handwritten notes:*

plus - Legal 10/8/19    4575.00

Violations    6137.94

Just pd lien on
Bank Acct.    5584.39

so far    # 1,536,828.68