UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In Re:                                                                  Chapter 11
                                                                        Case No.: 19-46432- CEC

KUM GANG INC.,
                          Debtor.
--------------------------------------------------------x

     **JI SUNG YOO**, hereby declares the truth of the following under 28 USC § 1746, under

penalty of perjury:

     1.    I am the principal owner and President of Kum Gang, Inc., the above -referenced

Debtor. I submit this Declaration in opposition to the motion by Kit Realty, Inc. for relief from

the automatic stay.

     2.    Since July 2004, the Debtor has operated the premises as a restaurant, a banquet

hall and catering business, operating under the name of "Kum Gang San." The business operates

on a 24/7 basis, and specializes in Korean cuisine.

**The Lease**

     3.    Prior to commencing operations, the Debtor, on or about July 1, 2004, entered

into a lease with the landlord, Kit Realty, Inc. ("the Landlord") for the premises located at 138-

18/32 Northern Blvd., Flushing, Queens, New York. The lease was for a twenty (20) year term,

and is due to expire on June 30, 2024. A copy of said Lease is attached as Exhibit 3 (Doc. 3-4

and Doc 3-5) to the Landlord's motion papers, filed on October 28, 2019.

     4.    Of particular relevance is paragraph 82 of the Rider to the Lease, entitled "Right

of First Refusal," which provides, in relevant part:

> The Landlord agrees that in the event the premises are offered for sale and a "Bona Fide"
> offer acceptable to the Landlord is obtained to purcvhase the subject premises then the
> Landlord shall give the Tenant the opportunity to purchase the premises upon the same
> terms and conditions as the "Bona Fide" offer, In such event Tenant shall be given Ten
> (10) days to accept the terms from the date Landlord serves notice upon him. Should the

Tenant accept the Terms of said offer the Landlord shall deliver a Contract, within Seven (7) days of such acceptance, to the Tenant, which contract will be prepared by the Attorney for the Landlord, and substantially similar to the terms of the "Bona Fide Offer". **(See Exhibit A)**

### The Civil Court Proceedings

5.        On or about January 25, 2018, the Landlord filed a Notice of Petition in the Civil Court of the City of New York, Queens County (Index No. 52603/2018), seeking a final judgment of eviction against the Debtor for alleged non-payment of certain summons issued by the New York City Fire Dept. (FDNY") and Health Department. Debtor answered this Petition, and attached nine (9) exhibits to its Verified Answer documenting that the violations that led to the issuance of numerous summons against the Landlord and the Debtor had been cured and were awaiting final inspection and clearance by the FDNY and the Health Dept. A copy of said Verified Answer with exhibits A through I is attached hereto as **Exhibit B**.

6.        In addition, Debtor's prior attorney, Kenneth F. McCallion, submitted an Affirmation, dated March 21, 2018, that had attached to it a letter to the New York City Fire Dept., dated February 27, 2018, with notarized Certificates of Correction with regard to the outstanding FDNY violations. A copy of said Affirmation (without Certificates of Correction) is attached hereto as **Exhibit C**.

### Negotiations Regarding Sale of Building and Landlord's Tortious Interference With Contract

7.        For approximately the past two year period, I have been kept informed by Mirae Realty, the Landlord's broker, as to the Landlord's efforts to sell the Building and Property located at 138-28 Northern Boulevard, Queens, New York, where Debtor's business is located. Approximately six months ago, the broker advised me that the Landlord had reached an agreement with a buyer to sell the property for $52 million, but that the Landlord was delaying

the signing of a contract for the sale because the Landlord did not want to give the Debtor the "right of first refusal" under the lease to buy the property at the same price ($52 million) that the Landlord had agreed to sell it to the bona fide buyer.

8.      At about the same time that the broker informed me of the Landlord's agreement to sell the property for $52 million, I was approached by Jerry D.H. Li, President of FUNDPRO Inc., and after some negotiations, I agreed, on behalf of the Debtor, to sell the Debtor's lease rights to the buyer of the property for $4 million, with FUNDPRO to receive a 25% commission, leaving the Debtor with a net of $3 million ("the Agreement"). A copy of the Agreement, dated July 30, 2019, is attached hereto as **Exhibit D**.

9.      Upon information and belief, the Landlord has tortuously interfered with Debtor's contractual rights under the Agreement by refusing to sign the contract of sale with the buyer of the property for the sole purpose of denying Debtor its right to exercise its "right of first refusal" under the Lease, which would trigger its rights to receive the net $3 million in funds under the Agreement.

10.      In addition to interfering with the Debtor's rights under the Agreement, the Landlord is also acting in bad faith by delaying the signing of the sales contract for the property and thereby triggering the Debtor's right of first refusal under the Lease. I have a letter of intent with an investor to provide the funding necessary to match the current $52 million sales price for the property that the Landlord has agreed to with the buyer, and on behalf of the Debtor, I am prepared to exercise Debtor's right of first refusal in the unlikely event that the Debtor's lease rights are not sold pursuant to the terms of the Agreement with FUNDPRO. This investor has also agreed to make an equity investment of $1.5 million in Debtor's business, which would be sufficient to fund a successful Chapter 11 reorganization of the business.

11. Additionally, the Debtor is willing to pay rent to the Landlord in the amount of $65,974 per month in accordance with the lease, while the case is pending.

WHEREFORE, the Debtor respectfully requests that this Court deny the Landlord's motion to vacate or modify the automatic stay, and granting such other and further relief as this Court deems just and proper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Queens, New York
      November 13, 2019

 

_____
Ji Sung Yoo, President
Kum Gang, Inc.
Debtor-in-Possession

# Exhibit A

It is further understood that this is a "Triple Net Lease" and the Tenant is responsible for all expenses or cost of any nature whatsoever during the Term of this Lease and the Lease dated the 28th. day of January 1994.

The Lease is further made subject to any and all Tenancies and the Landlord makes no representations in connection thereto.

81.    ASSESSMENT REVIEW

Tenant agrees to be responsible for the yearly filing of an application for the reduction of assessed value on the demised premises and or petitions for certiorari. Tenant shall be obligated for all cost, including legal fees, and disbursements with respect to the yearly filing of proceedings.

82.    RIGHT OF FIRST REFUSAL

During the term of this Lease and provided the Tenant is not in default of the terms and conditions of this Lease the Tenant is given the "Right of First Refusal" to purchase the demised premises. The Landlord agrees that in the event the premises are offered for sale and a "Bona Fide" offer acceptable to the Landlord is obtained to purchase the subject premises then the Landlord shall give the Tenant the opportunity to purchase the premises upon the same terms and conditions as the "Bona Fide" offer. In such event Tenant shall be given Ten (10) days to accept the terms from the date Landlord serves notice upon him. Should the Tenant accept the Terms of said offer the Landlord shall deliver a Contract, within Seven (7) days of such acceptance, to the Tenant, which contract will be prepared by the Attorney for the Landlord, and substantially similar to the terms of the "Bona Fide Offer". Should the Tenant refuse to accept the option to Purchase as set forth above or refuse to sign and return the Contract within 7 days of delivery to the Tenant or fail to notify Landlord of his acceptance within 10 days of Landlord's notice to it, then the Tenant's "Right of First Refusal" shall terminate and be of no further force and effect for the remaining term of the Lease.

Notice under the above shall be by certified mail return receipt requested or by overnight delivery service. Tenant's time to respond under this provision shall be considered "Time of the Essence.

Kit Realty Inc.

By _Diane Macari_
Diane Macari

Kam Gang Inc.
By _____
Li Sung Yoo, Pres.

17

# Exhibit B

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS: COMMERCIAL PART 52

———————————————————————————x

KIT REALTY INC.,                                **COMMERCIAL**

          Petitioner-Landlord,              Index No. 82603/18

  -against-                                **VERIFIED ANSWER TO PETITION**

KUM GANG INC.
138-18/38 Northern Boulevard
Flushing, NY 11354,

          Respondent-Tenant,

"XYZ Corp.", "JOHN DOE" AND "JANE DOE",

          Respondents- Undertenants.

———————————————————————————x

Respondent-Tenant KUM GANG INC., answers the allegations of the numbered paragraphs of the Holdover Petition dated January 25, 2018 as follows:

1.      Respondent- Tenant Kum Gang Inc. ("KGI") admits that Petitioner Kit Realty Inc. is the landlord of 138-18/38 Northern Boulevard, Flushing, NY 11354 ("the Premises").

2.      Respondent-Tenant KGI admits that it is the Tenant at said Premises, but denies knowledge of the alleged undertenants.

3.      Respondent-Tenant KGI admits that the Premises are properly described as 138-18/38 Northern Boulevard, Flushing, NY 11354, which is within the jurisdiction of the Civil Court of the City of New York, County of Queens.

4.      Respondent-Tenant KGI denies the allegations of paragraph 4 of the Petition, to the effect that there are grounds for termination of the lease as enumerated in the Five (5) Day Notice of Termination.

5.      Respondent- Tenant KGI denies the allegations of paragraph 5 of the Petition, to the effect that there are any valid grounds for termination of the lease.

6.      Respondent-Tenant admits the allegations of paragraph 6 of the Petition, to the effect that the Premises are used exclusively for commercial purposes.

7.      Respondent-Tenant admits that the Premises are not a multiple dwelling.

8.      Respondent-Tenant denies the allegations set forth in paragraph 8 of the Petition.

9.      Respondent-Tenant denies the allegations set forth in paragraph 9 of the Petition.

### FIRST AFFIRMATIVE DEFENSE

The Petition fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

All of the seven New York City Department of Health summonses listed in paragraph 43 of the Five(5) Days Notice of Termination attached to the Petition (see cover page of Notice attached hereto as **Exhibit A**) have been satisfied and paid for. Attached as **Exhibit B** in a Notice of Payment of $4,099.60 for the seven listed summonses.

### THIRD AFFIRMATIVE DEFENSE

The NYC Fire Department violations listed in paragraph 2 of the Five (5) Days Notice of Termination have either been satisfied, or they are erroneously listed on the Notice.

1.      The first alleged violation (Number 01144123R) is incorrectly listed, since there is not, upon information and belief, any such violation against Tenant-Respondent.

2.      The next four listed violation (Numbers 011455531R, 011455531R, 011145618J, and 011492563Y), which are attached hereto as **Exhibit C**, relate to "Certificates of Fitness and Certificates of Qualification," all of which the Tenant-Respondent have fully complied with. Attached as **Exhibit D** are the Certificates of Fitness and Qualifications issued to Respondent Tenant's employees Samuel Yoo and Hyung Chang Ha by the NYC Fire Dept.

3.    The next violation three violations listed in the Five Day Notice (Numbers 011430753L, 011422707K, and 011404227M), attached hereto as **Exhibit E,** relates to the Posting of Permits and Record Keeping, which have been satisfied. Copies of various permits and records on display at the Premises are attached as **Exhibit F** hereto, although the relevant records are too voluminous to be included as Exhibits hereto, but are available for inspection by Petitioner and the Court.

4. The next violation (Number 011431274Z), attached hereto as **Exhibit G**, relates to "Certificates of Fitness and Certificates of Qualification," which were satisfied (see **Exhibit D** above).

5.    The next violation (Number 0001623299L) relates to "Inspection and Testing," a copy of which is attached hereto as **Exhibit H**. This is actually a violation of Petitioner; however, Tenant-Respondent has satisfied this violation (see **Exhibit F** above) and has all necessary inspection and testing certificates on-site. Tenant-Respondent is waiting for a NYC Fire Dept. inspector to visit the Premises and to clear all of these violations. The inspection is scheduled for May 4, 2018. See letter from VIP Fire Sprinklers Inc. dated Nov. 13, 2017, attached hereto as **Exhibit I**.

WHEREFORE, it is respectfully requested that the Petition be denied in all respects.

Dated: February 12, 2018

McCALLION & ASSOCIATES LLP

_____
By: Kenneth F. McCallion
100 Park Avenue – 16th floor
New York, New York 10017
(646) 366-0884
Attorneys for Tenant-Respondent

### VERIFICATION

STATE OF NEW YORK)
                  ) ss:
COUNTY OF QUEENS)

**HYUNG CHAN HA**, being duly sworn, states as follows:

1.      I am the manager of Tenant-Respondent Kum Gang, Inc. and am fully familiar with this matter.

2.      I have read the foregoing Answer to the petition and affirm that the contents thereof are true and correct, except as to matters alleged on information and belief, and as to those matters, I believe them to be correct.

                                        **HYUNG CHAN HA**

NOTARY PUBLIC

Sworn to before me this
day of February 2018

State of New York County of Queens
Subscribed and sworn to (or affirmed) before me on this
12 day of February 20 18 by
Hyung CHAN HA proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

JOHN HEUNG W. LAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LA6062828
Qualified in Queens County
Commission Expires August 20, 20 21

# EXHIBIT A

## FIVE (5) DAYS NOTICE OF TERMINATION

TO:   **KUM GANG INC.**
138-18/38 Northern Boulevard
Flushing, NY 11354


    **SUBJECT PREMISES:**    138-18/38 Northern Boulevard
    Flushing, NY 11354

**Additional copies sent by regular mail and certified mail to KUM GANG INC. at 945 Manhattan Ave., Brooklyn, NY 11222.**


    **YOU ARE HEREBY NOTIFIED AND ADVISED** that the landlord does hereby elect to terminate your tenancy of the above described premises now held by you under leasehold hiring. Unless you remove from the premises by _January 24th, 2018_, the day on which your term expires pursuant to this Notice, the landlord will commence summary proceedings under the Statute to remove you from the premises for Holding Over after the expiration of your term. The reasons for the termination of your tenancy include, but are not limited to the following:

1.    You have failed to correct and/or have the following violations removed in violation of Paragraph 6 of your lease, which requires you to be in compliance with any and all laws, rules and governmental orders.

2.    The Fire Department of the City of New York has entered the following violations which to date have not been corrected. These violations include but are not limited to the following: ECB Violation #'s: 011441123R, 011455531R, 011455618J, 011492563Y, 011563570H, 011430753L, 011422707K, 011404227M, 011431274Z, 011623299L, 0193653451, 0193653460.

3.    Additionally the New York City Department of Health issued the following summons numbered 0881000020, 08881000039, 0881000048, 0881000057, 0881000066, 0881000075, and 0881000084. A copy of the summons are attached.

4.    You are in violation of your lease agreement in that your failure to comply with governmental directives has directly impacted the landlord's use of the subject premises and has subjected the Landlord to penalties and/or fines as a consequence of your breach of those governmental directives.

5.    To date these violations still exist and have not been corrected.

**PLEASE TAKE FURTHER NOTICE** that termination of your tenancy is also based upon the fact that you have failed to comply with a Notice to Cure dated _November 29th_ 2017, which was served upon you by first-class mail and certified mail. (A copy of said Notice of Default is annexed hereto).

Dated: New York, New York
     _January 9th_ 2018

                    Kit Realty Inc., Landlord

                    By: _Mary Rahl_
                    Mary Rahl, Managing Agent

Any inquiries regarding this Notice should be addressed in writing to Horing Welikson & Rosen, P.C., 11 Hillside Avenue, Williston Park, New York 11596. HWR 720024

# EXHIBIT B

# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $4,099.60 |
| **Receipt Number:** | CPY001244362 |
| **Transaction Date:** | 02/09/2018 2:13:34 PM |
| **Payment Type:** | VISA ************2034 |

You will provisionally receive credit for making your payment on the date that you click the Process Payment button on this website. However, it may take up to two or more business days for your payment to be reflected on this website. Your payment will not be considered final until it is deemed settled by your financial institution. This means that if, for example, there is not enough money in your bank account or if your payment fails to settle, you will not receive credit for making your payment. Your bill will be reinstated, and you may be charged interest and penalties.

MAINTENANCE PROGRAM AND PLAN INCOMPLETE OR NOT ON                    $500.00
09/21/2017
KIT REALTY INC /LEWIS & MURPHY
0881000020


ROUTINE MONIT NOT CONDUCT,DOC'D AT LEAST ONCE/WEEK                    $500.00
09/21/2017
KIT REALTY INC /LEWIS & MURPHY
0881000039


COMPL INSPEC NOT CONDUCT,DOC'D ONCE EVERY 90 DAYS                    $500.00
09/21/2017
KIT REALTY INC /LEWIS & MURPHY
0881000048


TWICE YEARLY OR OTHER REQUIRED CLEANING NOT CONDUC                    $500.00
09/21/2017
KIT REALTY INC /LEWIS & MURPHY
0881000057

NO RECORDS OF ALL CHEMICALS AND BIOCIDES ADDED 1ST                                          $500.00
09/21/2017
KIT REALTY INC /LEWIS & MURPHY
0881000066

FAIL TO COLLECT/ANALYZE/RECORD WEEKLY BIO PROCESS                                            $500.00
09/21/2017
KIT REALTY INC /LEWIS & MURPHY
0881000075

LEGIONELLA SAMP NOT COLLECT/ANALYZE/RESULTS NOT RE                                          $1,000.00
09/21/2017
KIT REALTY INC /LEWIS & MURPHY
0881000084

**Item Total: $4,000.00**
**Service Fee: $99.60**
**Payment Amount: $4,099.60**

--
"New York Kimchi"

Ko-Am Food Corp
138-28 Northern Blvd
Flushing, NY 11354
T: 718-321-7171 F: 718-321-8397

# EXHIBIT C

# NYC Business

## ⚠ FIRE DEPARTMENT OF NYC

**Status** ● DOCKETED

**Issuing Agency**
FIRE DEPARTMENT OF NYC

**Notice of Violation Number**
011455631R

**Respondent Name**
KUM GANG SAN RESTAURANT

### Violation Details

| | |
|---|---|
| **Violation Date** | 10/28/2015 |
| **Status** | DOCKETED |
| **Compliance** | PENALTY DUE |
| **Disposition** | DEFAULTED |
| **Issuing Agency** | FIRE DEPARTMENT OF NYC |

### Hearing Information

| | |
|---|---|
| **Scheduled** | 12/14/2015 |
| **Scheduled Location** | QUEENS |
| **Docketed Date** | 03/31/2016 |

### Premise Information

| | |
|---|---|
| **Location** | 138-28 NORTHERN BLVD, FLUSHING, NY, 11354 |
| **Borough/Block/Lot (BBL)** | QUEENS / 05010 / 0028 |

### Business Representatives

| | |
|---|---|
| **Relation** | RESPONDENT |
| **Name** | KUM GANG SAN RESTAURANT |
| **Address** | N/A |

| | |
|---|---|
| **Relation** | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER |
| **Name** | KIT REALTY INC |
| **Address** | 138-18 NORTHERN BOULEVARD, FLUSHING, NEW YORK 11354 |

| | |
|---|---|
| **Relation** | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER |
| **Name** | KIT REALTY INC |
| **Address** | 47 HILLSIDE AVE, MANHASSET, NEW YORK 110302226 |

### Infraction Summary

| | |
|---|---|
| **Description** | CERTIFICATES OF FITNESS AND CERTIFICATES OF QUALIFICATION |
| **Stip Amount** | $0 |
| **Face Amount** | $1,675 |
| **Status** | DEFAULT |
| **Imposed Amount** | $5,000 |

| | |
|---|---|
| **Total** | $5000.00 |
| **Paid** | $0.00 |
| **Balance Due** | $5000.00 |

**NYC** Business

## △ FIRE DEPARTMENT OF NYC

**Status** ● DOCKETED

**Issuing Agency**
FIRE DEPARTMENT OF NYC

**Notice of Violation Number**
011465618J

**Respondent Name**
KUM GANG SAN RESTAURANT

### Violation Details

| | |
|---|---|
| **Violation Date** | 08/10/2016 |
| **Status** | DOCKETED |
| **Compliance** | PENALTY DUE |
| **Disposition** | DEFAULTED |
| **Issuing Agency** | FIRE DEPARTMENT OF NYC |

### Hearing Information

| | |
|---|---|
| **Scheduled** | 01/30/2017 |
| **Scheduled Location** | QUEENS |
| **Docketed Date** | 05/31/2017 |

### Premise Information

| | |
|---|---|
| **Location** | 138-28 NORTHERN BLVD, FLUSHING, NY, 11354 |
| **Borough/Block/Lot (BBL)** | QUEENS / 05010 / 0025 |

### Business Representatives

| | |
|---|---|
| **Relation** | RESPONDENT |
| **Name** | KUM GANG SAN RESTAURANT |
| **Address** | 138-28 NORTHERN BLVD, FLUSHING, NEW YORK, 11354 |
| **Relation** | ATTORNEY |
| **Name** | MICHAEL |
| **Address** | 270 NORTH AVE 811, NEW ROCHELE, NEW YORK, 10801 |

### Infraction Summary

| | |
|---|---|
| **Description** | CERTIFICATES OF FITNESS AND CERTIFICATES OF QUALIFICATION |
| **Stip Amount** | $0 |
| **Face Amount** | $1,875 |
| **Status** | DEFAULT |
| **Imposed Amount** | $5,000 |
| | |
| **Total** | $5000.00 |
| **Paid** | $0.00 |
| **Balance Due** | $5000.00 |

# NYC Business.

## ⚠ FIRE DEPARTMENT OF NYC

**Status** ● DOCKETED

**Issuing Agency**
FIRE DEPARTMENT OF NYC

**Notice of Violation Number**
0114925637

**Respondent Name**
KUM GANG SAN RESTAURANT

### Violation Details

| | |
|---|---|
| Violation Date | 12/16/2016 |
| Status | DOCKETED |
| Compliance | PENALTY DUE |
| Disposition | DEFAULTED |
| Issuing Agency | FIRE DEPARTMENT OF NYC |

### Hearing Information

| | |
|---|---|
| Scheduled | 01/30/2017 |
| Scheduled Location | QUEENS |
| Docketed Date | 03/31/2017 |

### Premise Information

| | |
|---|---|
| Location | 138-28 NORTHERN BLVD, FLUSHING, NY, 11354 |
| Borough/Block/Lot (BBL) | QUEENS / 05010 / 0028 |

### Business Representatives

| | |
|---|---|
| Relation | RESPONDENT |
| Name | KUM GANG SAN RESTAURANT |
| Address | 138-28 NORTHERN BLVD, FLUSHING, NEW YORK 11354 |
| Relation | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER |
| Name | KIT REALTY INC |
| Address | 138-18 NORTHERN BOULEVARD, FLUSHING, NEW YORK 11354 |
| Relation | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER |
| Name | KIT REALTY INC |
| Address | 47 HILLSIDE AVE, MANHASSET, NEW YORK 110302229 |

### Infraction Summary

| | |
|---|---|
| Description | CERTIFICATES OF FITNESS AND CERTIFICATES OF QUALIFICATION |
| Stip Amount | $0 |
| Face Amount | $1,875 |
| Status | DEFAULT |
| Imposed Amount | $5,000 |
| Total | $5000.00 |
| Paid | $0.00 |
| Balance Due | $5000.00 |

**NYC** Business

## ⚠ FIRE DEPARTMENT OF NYC

Status  ● DOCKETED

Issuing Agency
**FIRE DEPARTMENT OF NYC**

Notice of Violation Number
**0115635700H**

Respondent Name
**KUM GANG SAN RESTAURANT**

### Violation Details

| | |
|---|---|
| Violation Date | 03/20/2017 |
| Status | DOCKETED |
| Compliance | PENALTY DUE |
| Disposition | DEFAULTED |
| Issuing Agency | FIRE DEPARTMENT OF NYC |

### Hearing Information

| | |
|---|---|
| Scheduled | 06/15/2017 |
| Scheduled Location | QUEENS |
| Docketed Date | 08/31/2017 |

### Premise Information

| | |
|---|---|
| Location | 138-28 NORTHERN BLVD, FLUSHING, NY, 11354 |
| Borough/Block/Lot (BBL) | QUEENS / 05010 / 0028 |

### Business Representatives

| | |
|---|---|
| Relation | RESPONDENT |
| Name | KUM GANG SAN RESTAURANT |
| Address | N/A |

| | |
|---|---|
| Relation | EXTERNAL AGCY OWNER |
| Name | KT REALTY INC |
| Address | 47 HILLSIDE AVE, MANHASSET, NEW YORK 110302229 |

### Infraction Summary

| | |
|---|---|
| Description | CERTIFICATES OF FITNESS AND CERTIFICATES OF QUALIFICATION |
| Stip Amount | $0 |
| Face Amount | $1,875 |
| Status | DEFAULT |
| Imposed Amount | $5,000 |

| | |
|---|---|
| Total | $5000.00 |
| Paid | $0.00 |
| Balance Due | $5000.00 |

# EXHIBIT D

HOME 52-32 LEITH PLACE
ADDR. LITTLE NECK, NY 11362

NOT
FDNY
EMPLOYEE



FEE $ 15.00  CAT. F03  TYPE Fitness
DESC. INDOOR PLACE OF ASSEMBLY SAFETY PERSONNEL

EMPLOYER  KUMGANG INC
WORK        138-28  NORTHERN BLVD
LOCATION   QUEENS, NY 11354

## CERTIFICATE ISSUED BY NYC FIRE DEPT

CERT # 89108518        N
ISSUED 04/17/2017   EXPIRES 04/16/2020

NAME  SAMUEL  YOO
HOME 52-32 LEITH PLACE
ADDR. LITTLE NECK, NY 11362

NOT
FDNY
EMPLOYEE

FEE $ 28.00  CAT. F07  TYPE Fitness
DESC. FIRE AND EMERGENCY DRILL CONDUCTOR

EMPLOYER  KUMGANG INC
WORK        138-28  NORTHERN BLVD
LOCATION   QUEENS, NY 11354

## CERTIFICATE ISSUED BY NYC FIRE DEPT

CERT # 87277646        R
ISSUED 04/17/2017   EXPIRES 01/07/2020

NAME  SAMUEL  YOO
HOME 52-32 LEITH PLACE
ADDR. LITTLE NECK, NY 11362

NOT
FDNY
EMPLOYEE





CERTIFICATE ISSUED BY NYC FIRE DEPT

CERT.# 87277737        R
ISSUED 04/17/2017    EXPIRES 01/07/2020

NAME SAMUEL YOO
HOME 8-25 LEITH PLACE                NOT
ADDR. LITTLE NECK, NY 11362          FDNY
                                   EMPLOYEE
FEE $ 18.00  CAT F03  TYPE Renew
DESC. INDOOR PLACE OF ASSEMBLY SAFETY PERSONNEL

EMPLOYER KUMGANG INC
WORK     162-25 NORTHERN BLVD
LOCATION  Queens, NY 11358



# EXHIBIT E

# NYC Business

## ⚠ FIRE DEPARTMENT OF NYC

**Status** ● DOCKETED

**Issuing Agency**
FIRE DEPARTMENT OF NYC

**Notice of Violation Number**
011430753L

**Respondent Name**
KUM GANG INC

### Violation Details

| | |
|---|---|
| Violation Date | 01/03/2015 |
| Status | DOCKETED |
| Compliance | PENALTY DUE |
| Disposition | DEFAULTED |
| Issuing Agency | FIRE DEPARTMENT OF NYC |

### Hearing Information

| | |
|---|---|
| Scheduled | 02/23/2015 |
| Scheduled Location | QUEENS |
| Docketed Date | 08/30/2015 |

### Premise Information

| | |
|---|---|
| Location | 138-28 NORTHERN BLVD, FLUSHING, NY, 11354 |
| Borough/Block/Lot (BBL) | QUEENS / 050010 / 0023 |

### Business Representatives

| | |
|---|---|
| Relation | RESPONDENT |
| Name | KUM GANG INC |
| Address | N/A |
| Relation | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER SELF |
| Name | KIT REALTY INC |
| Address | 138-15 NORTHERN BOULEVARD, FLUSHING, NEW YORK 11354 |
| Relation | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER SELF |
| Name | KIT REALTY INC |
| Address | 47 HILLSIDE AVE, MANHASSET, NEW YORK 110302229 |
| Relation | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER SELF |
| Name | FIRST |
| Address | 138-28 NORTHERN BOULEVARD, FLUSHING, NEW YORK 11354 |

### Infraction Summary

| | |
|---|---|
| Description | POSTING OF PERMITS AND RECORD KEEPING |
| Stip Amount | $0 |
| Face Amount | $700 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |
| Description | GENERAL MAINTENANCE |
| Stip Amount | $0 |
| Face Amount | $750 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |



| | |
|---|---|
| Description | CERTIFICATES OF FITNESS AND CERTIFICATES OF QUALIFICATION |
| Stip Amount | $0 |
| Face Amount | $750 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |
| Description | ELECTRICAL LIGHTING HAZARDS |
| Stip Amount | $0 |
| Face Amount | $750 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |
| Total | $4000.00 |
| Paid | $0.00 |
| Balance Due | $4000.00 |

**NYC** Business

⚠ **FIRE DEPARTMENT OF NYC**

**Status** ● DOCKETED

**Issuing Agency**
FIRE DEPARTMENT OF NYC

**Notice of Violation Number**
011422707K

**Respondent Name**
KUM GANG INC

## Violation Details

| | |
|---|---|
| **Violation Date** | 02/06/2015 |
| **Status** | DOCKETED |
| **Compliance** | BOTH DUE |
| **Disposition** | DEFAULTED |
| **Issuing Agency** | FIRE DEPARTMENT OF NYC |

## Hearing Information

| | |
|---|---|
| **Scheduled** | 04/27/2015 |
| **Scheduled Location** | QUEENS |
| **Docketed Date** | 07/31/2015 |

## Premise Information

| | |
|---|---|
| **Location** | 135-28 NORTHERN BLVD. FLUSHING, NY, 11354 |
| **Borough/Block/Lot (BBL)** | QUEENS / 05010/10026 |

## Business Representatives

| | |
|---|---|
| **Relation** | RESPONDENT |
| **Name** | KUM GANG INC |
| **Address** | N/A |
| **Relation** | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER SELF |
| **Name** | KIT REALTY INC |
| **Address** | 135-19 NORTHERN BOULEVARD, FLUSHING, NEW YORK 11354 |
| **Relation** | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER SELF |
| **Name** | KIT REALTY INC |
| **Address** | 47 HILLSIDE AVE, MANHASSET, NEW YORK 110302229 |
| **Relation** | EXTERNAL AGCY OWNER EXTERNAL AGCY OWNER SELF |
| **Name** | KIT REALTY INC |
| **Address** | 135-28 NORTHERN BOULEVARD, FLUSHING, NEW YORK 11354 |

## Infraction Summary

| | |
|---|---|
| **Description** | PORTABLE FIRE EXTINGUISHERS AND FIRE HOSES |
| **Stip Amount** | $0 |
| **Face Amount** | $800 |
| **Status** | DEFAULT |
| **Imposed Amount** | $1,000 |
| **Description** | POSTING OF PERMITS AND RECORD KEEPING |
| **Stip Amount** | $0 |
| **Face Amount** | $700 |
| **Status** | DEFAULT |
| **Imposed Amount** | $1,000 |



| Description | INSPECTION AND TESTING |
|---|---|
| Slip Amount | $0 |
| Fixie Amount | $500 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |
| Total | $2000.00 |
| Paid | $0.00 |
| Balance Due | $2000.00 |

# NYC Business

## ⚠ FIRE DEPARTMENT OF NYC

**Status**  ● DOCKETED

**Issuing Agency**
FIRE DEPARTMENT OF NYC

**Notice of Violation Number**
0114042277M

**Respondent Name**
JANCHI JANCHI

### Violation Details

| | |
|---|---|
| Violation Date | 02/12/2015 |
| Status | DOCKETED |
| Compliance | BOTH DUE |
| Disposition | DEFAULTED |
| Issuing Agency | FIRE DEPARTMENT OF NYC |

### Hearing Information

| | |
|---|---|
| Scheduled | 03/30/2015 |
| Scheduled Location | QUEENS |
| Docketed Date | 07/31/2015 |

### Premise Information

| | |
|---|---|
| Location | 135-19 NORTHERN BLVD, FLUSHING, NY, 11354 |
| Borough/Block/Lot (BBL) | QUEENS / 05010 / 0028 |

### Business Representatives

| | |
|---|---|
| Relation | RESPONDENT |
| Name | JANCHI JANCHI |
| Address | 135-19 NORTHERN BLVD, FLUSHING, NEW YORK 11354 |
| Relation | SELF |
| Name | JANCHI JANCHI |
| Address | 135-20 NORTHERN BOULEVARD, QUEENS, NEW YORK 11354 |

### Infraction Summary

| | |
|---|---|
| Description | POSTING OF PERMITS AND RECORD KEEPING |
| Stip Amount | $0 |
| Face Amount | $700 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |
| Description | SIGN, POSTINGS, NOTICES AND INSTRUCTIONS |
| Stip Amount | $0 |
| Face Amount | $600 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |
| | |
| Total | $2000.00 |
| Paid | $0.00 |
| Balance Due | $2000.00 |

# EXHIBIT F





## Kenneth McCallion

**From:**
**Sent:** Tuesday, April 18, 2017 5:27 PM
**To:** Kenneth McCallion
**Subject:** Hood clean for KGS



116-01 14th Road
College Point, NY 11356
Tel: (718) 888-0148 • Fax (718) 888-0144

CoF # 8444282

| CUSTOMER'S ORDER NO. | | PHONE: | | DATE: 10/17 |
|---|---|---|---|---|

**NAME:** KumGang San

**ADDRESS:** 138-28 Northern Blvd

Quens, NY 11354

| SOLD BY: | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| 2 x New Kolee | | 200 | |
| | | | |
| 8 x New ABC | | 400 00 | |
| | | | |
| | | | |
| | | 200 00 | |
| | | | |
| | | TAX | |

# NY FireTech Inc

**40-50 192nd Street**
**Flushing, NY 11358**
718-888-2999/2992    Fax #  718-888-2422
E-mail nyfiretech@hotmail.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2017 | 00444 |

**Bill To**

07910
JAHNCHI JAHNCHI REST
138-18 Northern Blvd
QUEENS NY 11354

**917-642-5757 MR. LEE**
**MR. LEE**

License:  NY 504-C/ NJ P01277

| Inspector | System |
|-----------|--------|
| Z | PCL-300,PCL-160 KX1 |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| | Inspection | Semi-Annual Inspection. | | 101.03 | 101.03T |
| | | Sales Tax for NYC @8.875% | | 8.875% | 8.97 |

Paid $_____

Sign:_____

Print:_____

| | Total |
|--|-------|
| | $110.00 |

**紐約第一爐頭公司**

**3509**

**NEW YORK FIRST HOOD SYSTEM COMPANY**
38-22 147th Street, Apt 3E, Flushing, NY 11354
TEL: (718) 690-2276/406-1945

| DIVISIONS | | DATE OF ORDER | AREA CODE | PHONE NUMBER |
|---|---|---|---|---|
| RESTAURANT | | | | |
| RESIDENTIAL | | DATE OF SERVICE | | TIME |
| COMMERCIAL | | | | |
| INDUSTRIAL | | | | |

| | |
|---|---|
| S O L D T O | BUSINESS NAME |
| | MANAGERS NAME          TEL |
| | STREET ADDRESS |
| | CITY          STATE          ZIP |

SERVICEMAN'S SIGNATURE    *Our Business Is To Keep You In Business*

CASH ☐ CHARGE ☐ TYPE OF SERVICE DAY ☐ NIGHT ☐ EMERGENCY ☐ ANNUAL ☐ MONTH ☐ WEEKLY ☐

| | DESCRIPTION | UNIT | QTY. | PRICE | | DESCRIPTION | UNIT | QTY. | PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FLUE EXHAUST SYSTEMS 煙囪滅火系統 | 260 | | | 11 | FRENCH FRYER 炸鍋 | 25 | | |
| 2 | HOOD 排油罩 | 55 | | | 12 | DISHWASHER 洗碗機 | 20 | | |
| 3 | FAN 迷風扇 | 135 | | | 13 | CHOPPING TABLE 砧板檯 | 20 | | |
| 4 | GREASE FILTER 隔油網 | 2 | | | 14 | SINK 洗菜池 | 20 | | |
| 5 | DUCT 抽風管 | 50 | | | 15 | FLOOR 地板 | 50/4 | | |
| 6 | WOK 炒鍋 | 10 | | | 16 | WALL 鋁台護邊 (呎) | 35/4 | | |
| 7 | STOVE 爐灶 (組) | 25 | | | 17 | MET WOOD 鐵腳木板 | 3 | | |
| 8 | GRILL 油鍋 | 25 | | | 18 | PIPE 台面膠邊 (呎) | 20/4 | | |
| 9 | ROASTER OVEN 排骨爐 | 60/25 | | | 19 | | | | |
| 10 | STEAM 蒸氣櫃 | 25 | | | 20 | | | | |

| QTY | DESCRIPTION OF PART | UNIT PRICE | SALES AMOUNT | | AMOUNT |
|---|---|---|---|---|---|
| | | | | WASH LABOR ONLY | |
| | | | | CHEMICAL | |
| | | | | GAS & DIESEL | |
| | | | | SUBLET REPAIRS | |
| | | | | PARTS | |
| | | | | TAX | |
| | SUB-TOTAL | | | TOTAL | |

REMARKS

PAY THIS AMOUNT ↑

**PLEASE IDENTIFY YOUR PAYMENT WITH OUR INVOICE NUMBER**

X _____
CUSTOMER'S SIGNATURE

TERMS NET    DAYS 11% FINANCE CHARGE ON BALANCE OVER 30 DAYS (18% ANNUAL PERCENTAGE RATE)

WHITE COPY OFFICE, YELLOW COPY CUSTOMER    THIS IS YOUR INVOICE NO STATEMENT WILL BE MAILED
KEEP THIS COPY FOR YOUR RECEIPT

3465

## 紐約第一爐頭公司
### NEW YORK FIRST HOOD SYSTEM COMPANY
38-22 147th Street, Apt 3E, Flushing, NY 11354
TEL: (718) 590-2276/406-1945

| DATE OF ORDER | AREA CODE | PHONE NUMBER |
|---|---|---|
| DATE OF SERVICE | | TIME |
| 2/2/7 | | |

**SOLD TO:**

| BUSINESS NAME | Kim Gang INC |
|---|---|
| MANAGERS NAME | TEL |
| STREET ADDRESS | 130-19 Northern Blvd |
| CITY Flush | STATE NY | ZIP |

SERVICEMAN'S SIGNATURE

*Our Business Is To Keep You In Business*

CASH ☐  CHARGE ☐   TYPE OF SERVICE: DAY ☐  NIGHT ☐  EMERGENCY ☐  ANNUAL ☐  MONTH ☐  WEEKLY ☐

| | DESCRIPTION | UNIT | QTY. | PRICE | | DESCRIPTION | UNIT | QTY. | PRICE |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 1 | FLUE EXHAUST SYSTEMS 煙囱抽火系統 | 260 | | | ☐ 11 | FRENCH FRYER 炸鍋 | 25 | | |
| ☐ 2 | HOOD 抽油罩 | 65 | | | ☐ 12 | DISHWASHER 洗碗機 | 20 | | |
| ☐ 3 | FAN 返風扇 | 135 | | | ☐ 13 | CHOPPING TABLE 砧板檯 | 20 | | |
| ☐ 4 | GREASE FILTER 濾油網 | 2 | | | ☐ 14 | SINK 洗碗池 | 20 | | |
| ☐ 5 | DUCT 抽風喉 | 50 | | | ☐ 15 | FLOOR 地板 | 50/4 | | |
| ☐ 6 | WOK 炒鑊 | 10 | | | ☐ 16 | WALL 鏡台(牆壁)(呎) | 35/4 | | |
| ☐ 7 | STOVE 爐灶 (組) | 25 | | | ☐ 17 | MET WOOD 鐵網木板 | 3 | | |
| ☐ 8 | GRILL 油鐵 | 25 | | | ☐ 18 | PIPE 白鐵喉管 (組) | 20/4 | | |
| ☐ 9 | ROASTER OVEN 掛爐檔 | 60/25 | | | ☐ 19 | | | | |
| ☐ 10 | STEAM 蒸氣檔 | 25 | | | ☐ 20 | | | | |

| QTY. | DESCRIPTION OF PART | UNIT PRICE | SALES AMOUNT | AMOUNT | |
|---|---|---|---|---|---|
| | | | | WASH LABOR ONLY | |
| | | | | CHEMICAL | |
| | | | | GAS & DIESEL | |
| | | | | SUBLET REPAIRS | |
| | | | | PARTS | |
| | | | | TAX | |
| | | SUB-TOTAL | | TOTAL | |

REMARKS

PAY THIS AMOUNT ↑

PLEASE IDENTIFY YOUR PAYMENT WITH OUR INVOICE NUMBER

TERMS NET    DAYS 1½% FINANCE CHARGE ON BALANCE OVER 30 DAYS (18% ANNUAL PERCENTAGE RATE)

CUSTOMER'S SIGNATURE

THIS IS YOUR INVOICE NO STATEMENT WILL BE MAILED
KEEP THIS COPY FOR YOUR RECEIPT

# ELEMENT CLEANING & SUPPLY INC.

| Business Name | Kim Gang San Rest | Co Name | Element Cleaning & Supply Inc. |
|---|---|---|---|
| Address | 138-28 Northern Blvd | Technician | Clie M |
| City & State | NY 11354 Flushing | Signature | |
| Phone | 718 - 461 - 0909 | Address | 22-02 128th St. College Point, NY 11356 |
| Contact Person | Myunggu Yu | COF #: 84795459 | |
| Phone | Sal | Lic. #: NY | |
| Website | | Amount: | |
| | | Sales Tax: | Total: |

| | | Response | Comments |
|---|---|---|---|
| A. Are the Filters cleaned by your Company? | ☑ Yes ☐ No ☐ N/A | If different, C of F # ____ of the persons who cleaned it. Exp Date: | |
| B. Are there filters missing / damaged? | ☐ Yes ☑ No | If Yes, number of filters missing or damaged: # | |
| C. Are the precipitators/pollution control devices cleaned by your company? | ☐ Yes ☐ No ☑ N/A | If different, C of F # ____ of the persons who cleaned it. Exp Date: | |

## D. Pre-Cleaning Check

| | | Response | Comments |
|---|---|---|---|
| 1. Do Fan(s) operate? **M** | ☑ Yes ☐ No | ☐ Unable to determine. | |
| 2. What is the grease load in exhaust System? | ☐ Light ☑ Med ☐ Heavy | | |
| 3. Have appliances been disconnected? | ☐ Yes ☐ No | | |
| 4. Has building representative or Alarm Company been notified? | ☐ Yes ☐ No | Name: ____ ☐ Not Available | |
| 5. Have all power sources for Kitchen Exhaust Fans been locked out and tagged out? | ☐ Yes ☐ No | | |
| 6. Schematic sketch/ drawings & cleaning operating instructions posted? | ☐ Yes ☐ No | | |
| 7. Describe the grease load under the protective hood(s)? | ☐ Light ☑ Med ☐ Heavy | | |
| 8. Last quarterly service cleaning date? | __/__/__ | CO. NAME ☐ Not Available | |

## E. Area to be serviced

| | | Response | Comments |
|---|---|---|---|
| 9. How many grease exhaust hoods are there & how many of them cleaned? | # Of hoods ____ # Cleaned ____ | | |
| 10. Were hood light(s) cleaned? | ☑ Yes ☐ No | ☐ N/A | |
| 11. Were exhaust Fan(s) cleaned & hinged? | ☑ Yes ☐ No | | |
| 12. Has exhaust fan louvers been cleaned & checked? | ☑ Yes ☐ No | ☐ N/A | |
| 13. Has exhaust fan belts & pulleys been inspected? | ☑ Yes ☐ No | | |
| 14. Were grease cup(s) cleaned? | ☑ Yes ☐ No | | |
| 15. Are there any visible grease leaks from the duct system? | ☐ Yes ☑ No | Location | |
| 16. Has horizontal duct(s) been cleaned? **M** | ☑ Yes ☐ No | If no, explain reasons on back of page in comments section. | |
| 17. Has vertical duct(s) been cleaned? **M** | ☑ Yes ☐ No | If no, explain reasons on back of page in comments section. | |
| 18. Are access panels provided? **M** | ☑ Yes ☐ No | No. Of panels installed ____ / Size of panels | |
| 19. Do access panel have proper signage? | ☐ Yes ☐ No | | |

## F. Post -Cleaning Check

| | | Response | Comments |
|---|---|---|---|
| 20. Has technician left working area free of grease rags & debris? | ☑ Yes ☐ No | | |
| 21. Are there any inaccessible areas? | ☐ Yes ☑ No | If Yes, explain reasons on back of page in comments section. | |
| 22. Has compliance certificate been dated & placed on hood? | ☐ Yes ☐ No | If No, Refer to additional post service report | |
| 23. Have appliance(s) been reconnected? | ☑ Yes ☐ N/A | | |
| 24. Any problems found? | ☐ Yes ☐ No | If Yes, explain reasons on back of page in comments section. | |
| 25. Are there any electrical wires in the hood, ducts or fans? | ☐ Yes ☑ No | If Yes, explain reasons on back of page in comments section. | |
| 26. Has a photo been taken before & after? | ☐ Yes ☐ No | ☐ N/A | |

Owner representative name: ____ (For the follow up letter)    Signature: Kim Gang San    Date: Feb 2nd 16

**M** – Mandatory, Any NO answer on M items requires immediate notification to the FDNY, Rangehood Unit.
**N/A** – Not applicable
**Note**: A record of this service shall be maintained on premise and be made available for inspection by any member of the
New York City Fire Department.
For any deficiencies described above, a follow-up letter will be sent to you listing any corrective action necessary. It is your



**VIP Fire Sprinklers Inc.**
700 Columbia Street, Bldg 301A, Brooklyn, N.Y. 11231
**24 HR. SERVICE**

(718) 596-5086
(718) 945-3316
Fax (718) 945-3316
Email: vipfiresprinkler@aol.com
**COMMERCIAL ● RESIDENTIAL**

Location:

Name:
Address:
City:
State:                    ZIP:

### Water Supply

1.  Gravity Tanks ( Yes or None)          Full (Yes or No)          Ice in Tanks (Yes or None)
    *   Condition (including supporting structure, hoops, ladders, trap doors, heating apparatus, tank drop wrapping) in order (Yes or None)
2.  Pressure Tanks (Yes or NO)          Water Level at Mark (Yes or No)    Air Pressure          Lbs.
    *   Condition (including pressure gauges, water level glasses, tank house, heat (or tank) in order (yes or No)
3.  City Water Main Direct Connect ons (Yes or None)        Size   Inch      Pressure          lbs.
4.  Pumps -- Fire Pumps (Yes or Non  )    Fill Pumps (Yes or None)      Air Compressor (Yes or None)
    *   Condition (including power, switches, gauges, relief valves, suction tanks) in order (Yes or No)
5.  Fire Department Connections in Order (Yes or No)      Caps in Place (Yes or No)        # of connections?

### Control Valves

6.  All control valves open and accessible (Yes or No)          Sealed (Yes or No)
7.  Drain Valves in order (Yes or No)                    Drains Discharge Safety (Yes or No)
8.  Dry Pipe Systems in order (Yes, No or none) Air Pressure      Lbs.   Water Pressure          Lbs.
    *   Quick Opening Devices in Order (Yes, No or None)
9.  Deluge Valve in Order (Yes or No or None)      Open Sprinkler Equipment in Order (Yes, No or None)
10. Anti-Freeze for Unheated Sections in Order (Yes, No or None)        Date Solution Tested: _____

### Sprinkler Equipment Alarms

11. Local Tank Alarms in Order (Yes or No)
12. Local Water Flow Alarm in Order (Yes or No) How Tested? _____
13. Connected to Central Station or Fire Alarm Company (Yes or No) _____

### MAINTENANCE, FIRES, IMPAIRMENTS, OBSTRUCTIONS

14. Painted, Corroded, Dirty, Sprinklers                (Yes or No) If yes, state where below
15. Any changes to sprinkler equipment since last inspection?      (Yes or No) If yes, explain below
16. Any Fires or impairments to sprinkler equipment since last inspection?    (Yes or No) If yes, explain below
17. Any obstructions due to partitions, shelving, decks, and platform stock racks, fixtures, etc? (Yes or No) If no, explain below
18. All signs in place?                        (Yes or No) If no, explain below
19. Remarks: _____

_____
_____
_____

Date of Inspection:                Signature of Inspector:
Time:                        Customer Signature:

## VISUAL INSPECTION ONLY
INSPECTIONS ● VIOLATIONS CORRECTED ● F.D. TESTS ● INSTALLATIONS ● REPAIRS



**VIP Fire Sprinklers Inc.**
700 Columbia Street, Bldg 301A, Brooklyn, N.Y, 11231
**24 HR. SERVICE**

(718) 596-5086
(718) 945-3315
Fax: (718) 945-3316
Email: vipfiresprinkler@aol.com
COMMERCIAL • RESIDENTIAL

Location:

Name:
Address:
City:
State:          ZIP:

## Water Supply

1. Gravity Tanks ( Yes or None)          Full (Yes or No)          Ice in Tanks (Yes or None)
   • Condition (including supporting structure, hoops, ladders, trap doors, heating apparatus, tank drop wrapping) in order (Yes or None)
2. Pressure Tanks (Yes or NO)          Water Level at Mark (Yes or No)     Air Pressure          lbs.
   • Condition (including pressure gauges, water level glasses, tank house, heat for tank) in order (yes or No)
3. City Water Main Direct Connect' ns (Yes or None)          Size   Inch          Pressure          lbs.
4. Pumps – Fire Pumps (Yes or Non )     Fill Pumps (Yes or None)          Air Compressor (Yes or None)
   • Condition (including power, switches, gauges, relief valves, suction tanks) in order (Yes or No)
5. Fire Department Connections in Order (Yes or No)          Caps in Place (Yes or No)          # of connections?

## Control Valves

6. All control valves open and accessible (Yes or No)          Sealed (Yes or No)
7. Drain Valves in order (Yes or No)          Drains Discharge Safety (Yes or No)
8. Dry Pipe Systems in order (Yes, No or none) Air Pressure          lbs.   Water Pressure          lbs.
   • Quick Opening Devices in Order (Yes, No or None)
9. Deluge Valve in Order (Yes or No or None)          Open Sprinkler Equipment in Order (Yes, No or None)
10. Anti-Freeze for Unheated Sections in Order (Yes, No or None)          Date Solution Tested:_____

## Sprinkler Equipment Alarms

11. Local Tank Alarms in Order (Yes or No)
12. Local Water Flow Alarm in Order (Yes or No) How Tested?_____
13. Connected to Central Station or Fire Alarm Company (Yes or No) _____

## MAINTENANCE, FIRES, IMPAIRMENTS, OBSTRUCTIONS

14. Painted, Corroded, Dirty, Sprinklers          (Yes or No) if yes, state where below
15. Any changes to sprinkler equipment since last inspection?     (Yes or No) if yes, explain below
16. Any Fires or impairments to sprinkler equipment since last inspection?     (Yes or No) if yes, explain below
17. Any obstructions due to partitions, shelving, decks, and platform stock racks, fixtures, etc? (Yes or No) if no, explain below
18. All signs in place?          (Yes or No) if no, explain below
19. Remarks:_____
_____
_____

Date of Inspection:          Signature of Inspector:
Time:          Customer Signature:          **MATTHEW R. PETRONIS**
                                                        B-43 CERT.#59402518

## VISUAL INSPECTION ONLY







# EXHIBIT G

# NYC Business

## ⚠ FIRE DEPARTMENT OF NYC

**Status** ● DOCKETED

**Issuing Agency**
FIRE DEPARTMENT OF NYC

**Notice of Violation Number**
011451274Z

**Respondent Name**
KUM GANG INC

### Violation Details

| | |
|---|---|
| Violation Date | 04/18/2015 |
| Status | DOCKETED |
| Compliance | PENALTY DUE |
| Disposition | DEFAULTED |
| Issuing Agency | FIRE DEPARTMENT OF NYC |

### Hearing Information

| | |
|---|---|
| Scheduled | 10/05/2015 |
| Scheduled Location | QUEENS |
| Docketed Date | 01/31/2016 |

### Premise Information

| | |
|---|---|
| Location | 138-28 NORTHERN BLVD, FLUSHING, NY, 11354 |
| Borough/Block/Lot (DBL) | QUEENS / 005010 / 0028 |

### Business Representatives

| | |
|---|---|
| Relation | RESPONDENT |
| Name | KUM GANG INC |
| Address | 138-28 NORTHERN BLVD, FLUSHING, NEW YORK 11354 |
| Relation | SELF |
| Name | KUM GANG INC, C O JI SANG YOO |
| Address | 138-28 NORTHERN BOULEVARD, FLUSHING, NEW YORK 11354 |

### Infraction Summary

| | |
|---|---|
| Description | CERTIFICATES OF FITNESS AND CERTIFICATES OF QUALIFICATION |
| Stip Amount | $0 |
| Face Amount | $750 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |
| Total | $1,000.00 |
| Paid | $0.00 |
| Balance Due | $1000.00 |

# EXHIBIT H

# NYC Business

## ⚠ FIRE DEPARTMENT OF NYC

Status    ● RESCHEDULED

**Issuing Agency**
FIRE DEPARTMENT OF NYC

**Notice of Violation Number**
011622529BL

**Respondent Name**
KIT RLTY INC

### Violation Details

| | |
|---|---|
| Violation Date | 07/21/2017 |
| Status | RESCHEDULED |
| Compliance | BOTH DUE |
| Disposition | DEFAULTED |
| Issuing Agency | FIRE DEPARTMENT OF NYC |

### Hearing Information

| | |
|---|---|
| Scheduled | 03/29/2018 |
| Scheduled Location | LONG ISLA |
| Calendared | YES |

### Premise Information

| | |
|---|---|
| Location | 136-28 NORTHERN BLVD, FLUSHING, NY, 11354 |
| Borough/Block/Lot (BBL) | QUEENS / 030100 / 0002 |

### Business Representatives

| | |
|---|---|
| Relation | RESPONDENT |
| Name | KIT RLTY INC |
| Address | 92-40 ROOSEVELT AVE, JACKSON HEIGHTS, NEW YORK 11372 |
| Relation | REPRESENTATIVE |
| Name | KIT REALTY, INC. |
| Address | 136-28 NORTHERN BOULEVARD, FLUSHING, NEW YORK 11354 |

### Infraction Summary

| | |
|---|---|
| Description | INSPECTION AND TESTING |
| Stip Amount | $0 |
| Fine Amount | $500 |
| Status | DEFAULT |
| Imposed Amount | $1,000 |
| Total | $1000.00 |
| Paid | $0.00 |
| Balance Due | $1000.00 |

# EXHIBIT I

(718) 596-5086
(718) 945-3315
Fax: (718) 945-3316
e mail: vipfiresprinkler@aol.com



# VIP Fire Sprinklers Inc.

700 Columbia Street, Bldg 301A, Brooklyn, N.Y. 11231          COMMERCIAL · RESIDENTIAL

Fire Department City of New York          November 13, 2017
Bureau of Fire Prevention
Enforcement Unit
9 Metro Tech East
Brooklyn, NY 11201-3857

RE: 138-28 Northern Blvd, Queens
Violation # 11623299L
Account # 00646268
Clerk ID # R042P
Rules Covered 20
(1) FD Sprinkler Connection

To Whom This May Concern:

Please be advised that we contacted the N.Y. Fire Department
And they assigned 05/4/18 as the TEST DATE AND
INSPECTION.
Such tests are to be arranged for and conducted by us and at the owners
Risk in the presence of Fire Prevention.
All care will be taken to perform said test. IF any parts prove defective as results
Of the test there will be an additional charge to replace defective parts and for re-test.
VIP will be happy to assist you, but be advised that it is ultimately your responsibility to
correctly complete the Certificate of Correction.
Hoping you will make this letter a part of your records and send this copy
To the Enforcement Unit with any other statements required by your office at once.

PLEASE HAVE SOMEONE TO OPEN BUILDING @ 8:30AM-4:00PM

Very Truly Yours,

Thomas Petronis
President
VIP Fire Sprinklers, Inc.

- Your firm is to pay all New York Fire Department testing fees as invoiced
  by the E.C.B. Unit.
- Please sign & Fax back:          General
                                    Manager

Accepted By _____          Date 11-14-2017

## FIVE (5) DAYS NOTICE OF TERMINATION

TO:    KUM GANG INC.
       138-18/38 Northern Boulevard
       Flushing, NY 11354


   SUBJECT PREMISES:    138-18/38 Northern Boulevard
                        Flushing, NY 11354

Additional copies sent by regular mail and certified mail to KUM GANG INC. at 945 Manhattan Ave., Brooklyn, NY 11222.


   YOU ARE HEREBY NOTICED AND ADVISED that the landlord does hereby elect to terminate your tenancy of the above described premises now held by you under leasehold hiring. Unless you remove from the premises by January 9th  2019, the day on which your term expires pursuant to this Notice, the landlord will commence summary proceedings under the Statute to remove you from the premises for Holding Over after the expiration of your term. The reasons for the termination of your tenancy include, but are not limited to the following:


1.    You have failed to correct and/or have the following violations removed in violation of Paragraph 6 of your lease, which requires you to be in compliance with any and all laws, rules and governmental orders.

2.    The Fire Department of the City of New York has entered the following violations which to date have not been corrected. These violations include but are not limited to the following: ECB Violation #'s: 011441231R, 011455531R, 011455618R, 011482563Y, 011563570H, 011430753L, 011422707K, 011404227M, 011431274Z, 011623299L, 0193653451, 0193653460.

3.    Additionally the New York City Department of Health issued the following summons numbered 0881000020, 0881000039, 0881000048, 0881000057, 0881000066, 0881000075, and 0881000084. A copy of the summons are attached.

4.    You are in violation of your lease agreement in that your failure to comply with governmental directives has directly impacted the landlord's use of the subject premises and has subjected the Landlord to penalties and/or fines as a consequence of your breach of those governmental directives.

5.    To date these violations still exist and have not been corrected.

# Exhibit C

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS: COMMERCIAL PART 52
_____x

KIT REALTY INC.,

               Petitioner-Landlord,

    -against-

KUM GANG INC.
138-18/38 Northern Boulevard
Flushing, NY 11354,

               Respondent-Tenant,

"XYZ Corp.", "JOHN DOE" AND "JANE DOE",

               Respondents- Undertenants.

_____x

**COMMERCIAL**

Index No. 52603/18

**AFFIRMATION OF
KENNETH F. McCALLION**

       KENNETH F. McCALLION, an attorney duly admitted to the practice of law in the State of New York, affirms as follows under penalties of perjury:

       1.    I am the principal attorney with the law firm of McCallion & Associates LLP, attorneys for the Respondent-Tenant Kum Gang Inc. in the above-captioned matter. I submit this affirmation in opposition to the Petitioner's claim that the Respondent-Tenant has violated the terms of its lease.

       2.    ON February 27, 2018, I caused to be hand delivered to the New York City Fire Department (F.D.N.Y.) the attached cover letter, attached hereto as Exhibit 1, and the accompanying Certificate of Correction, notarized on February 27, 2018 by Un Cha Kim, the manager of Respondent-Tenant, along with evidence and supporting documentation establishing that Respondent-Tenant has corrected each and every violation relating the subject Premises.

       3.    Upon information and belief, the F.D.N.Y. is reviewing the attached Certificate of Correction and attachments thereto, and will then notify the undersigned counsel, either

confirming that the F.D.N.Y. agrees that all violations have been corrected, or asking for further information regarding said corrected violations.

4.    The Respondent-Tenant and its counsel shall inform the Petitioner-Landlord and this Court once it receives a response from the F.D.N.Y. regarding this matter.

WHEREFORE, it is respectfully requested that the Petition be denied in all respects.

Dated: March 21, 2018

McCALLION & ASSOCIATES LLP

Kenneth F. McCallion
Attorneys for Respondent-Tenant
100 Park Avenue – 16th floor
New York, New York 10017
(646) 366-0884

# McCallion & Associates, LLP

100 Park Avenue, 16ᵗʰ Floor,
New York, New York 10017
Telephone: 646-366-0884
www.mccallionlaw.com
kfm@mccallionlaw.com.

February 27, 2018

F.D.N.Y.
Bureau of Legal Affairs
Administrative Enforcement Unit
9 Metro Tech Center
Brooklyn, NY 11201-3857

Re: Kum Gang San Inc.
138-28 Northern Boulevard
Flushing, NY 11354

Dear Staff Member:

We are the attorney's for the above mentioned restaurant. Attached please find several notarized Certificate of Correction, a copy of the Notice of Violation and all supporting documents pertaining to each violation mentioned below:

011430753L, 011422707K, 011404227M, 011431274Z ,011441236R, 011455531R, 011455618J, 011492563Y, 011563570H, 011623299L

If there is anything missing in this packet that would not satisfy the violation please feel free to call me at 646-366-0884.

Very truly yours,

Kenneth F. McCallion.

Exh. "A"

# Exhibit D

# A.G.R.E.E.M.E.N.T.

This Agreement is made on July 30, 2019 between Kum Gang Inc. hereinafter referred as (KGI) with address at 945 Manhattan Avenue, Brooklyn, NY, and FUNDPRO Inc. hereinafter referred as (FUNDPRO) with address at 61 South Shore Drive, South Amboy, NJ.

KGI has the intention to sell its full lease right which it owns at 138-18/32 Northern Blvd., Flushing, NY 11354.

KGI's lease right is evidenced by a lease agreement executed by KGI and its Landlord Kit realty Inc. on June 16, 2004 with expiration on June 30, 2024.

KGI herewith agrees to engage FUNDPRO to sell the lease right to SMI/DP Plus Property, or any other buyers that introduced by FUNDPRO.

KGI agrees to pay FUNDPRO, without any deduction or withholding, a fee of One Million US Dollars ($1,000,000) for its service and effort *if the sales price is $4,000,000* ~~to~~
*KGI will gets $3,000,000 (Three Millions Dollars) otherwise, 25% fee to FundPro.*
KGI will pay FUNDPRO that service fee immediately upon the date it receives proceeds from sale of lease right by buyer(s) introduced by FUNDPRO. *The $4 million* ~~to~~
*Sales proceed will be kept at fundpro's attorney's Escrow Account, then re-distribute it accordingly.*

All Parties agree to the above terms by signing as below:

Kam Gang Inc.

_____
Ji Sung Yoo, President

MING KWONG CHOW
NOTARY PUBLIC, State of New York
No. 01CH5052376
Qualified in Kings County
Commission Expires Nov. 20, 202[ ]

FUNDPRO Inc.

_____
Jerry D. H. Li, President

MING KWONG CHOW
NOTARY PUBLIC, State of New York
No. 01CH5052376
Qualified in Kings County
Commission Expires Nov. 20, 202[ ]