# EXHIBIT A

It is further understood that this is a "Triple Net Lease" and the Tenant is responsible for all expenses or cost of any nature whatsoever during the Term of this Lease and the Lease dated the 28th. day of January 1994.

The Lease is further made subject to any and all Tenancies and the Landlord makes no representations in connection thereto.

81.  ASSESSMENT REVIEW

Tenant agrees to be responsible for the yearly filing of an application for the reduction of assessed value on the demised premises and or petitions for certiorari. Tenant shall be obligated for all cost, including legal fees and disbursements with respect to the yearly filing of proceedings.

82.  RIGHT OF FIRST REFUSAL

During the term of this Lease and provided the Tenant is not in default of the terms and conditions of this Lease the Tenant is given the "Right of First Refusal" to purchase the demised premises. The Landlord agrees that in the event the premises are offered for sale and a "Bona Fide" offer acceptable to the Landlord is obtained to purchase the subject premises then the Landlord shall give the Tenant the opportunity to purchase the premises upon the same terms and conditions as the "Bona Fide" offer. In such event Tenant shall be given Ten (10) days to accept the terms from the date Landlord serves notice upon him. Should the Tenant accept the Terms of said offer the Landlord shall deliver a Contract, within Seven (7) days of such acceptance, to the Tenant, which contract will be prepared by the Attorney for the Landlord, and substantially similar to the terms of the "Bona Fide Offer". Should the Tenant refuse to accept the option to Purchase as set forth above or refuse to sign and return the Contract within 7 days of delivery to the Tenant or fail to notify Landlord of his acceptance within 10 days of Landlord's notice to it, then the Tenant's "Right of First Refusal" shall terminate and be of no further force and effect for the remaining term of the Lease.

Notice under the above shall be by certified mail return receipt requested or by overnight delivery service. Tenant's time to respond under this provision shall be considered "Time of the Essence.

Kit Realty Inc.

By _____
Diane Macari

Kam Gang Inc.
By _____
Li Sung Yoo, Pres.