# EXHIBIT B

# A.G.R.E.E.M.E.N.T.

This Agreement is made on July 30, 2019 between Kum Gang Inc. hereinafter referred as (KGI) with address at 945 Manhattan Avenue, Brooklyn, NY, and FUNDPRO Inc, hereinafter referred as (FUNDPRO) with address at 61 South Shore Drive, South Amboy, NJ.

KGI has the intention to sell its full lease right which it owns at 138-18/32 Northern Blvd., Flushing, NY 11354.

KGI's lease right is evidenced by a lease agreement executed by KGI and its Landlord Kit realty Inc. on June 15, 2004 with expiration on June 30, 2024.

KGI herewith agrees to engage FUNDPRO to sell the lease right to SMI/DP Plus Property, or any other buyers that introduced by FUNDPRO.

KGI agrees to pay FUNDPRO, without any deduction or withholding, a fee of One Million US Dollars ($1,000,000) for its service and effort *if the sales price is $4,000,000 KGI will get $3,000,000 (Three Million Dollars), otherwise, 25% fee to Fundpro*. KGI will pay FUNDPRO that service fee immediately upon the date it receives proceeds from sale of lease right by buyer(s) introduced by FUNDPRO. *The $4 million sales proceed will be kept at Fundpro's attorney's Escrow Account, then re-distribute it accordingly.*

All Parties agree to the above terms by signing as below:

Kam Gang Inc.

_____
Ji Sung Yoo, President

FUNDPRO Inc.

_____
Jerry D. H. Li, President

MING KWONG CHOW
NOTARY PUBLIC, State of New York
No. 01CH5052376
Qualified in Kings County
Commission Expires Nov. 20, 2021

MING KWONG CHOW
NOTARY PUBLIC, State of New York
No. 01CH5052376
Qualified in Kings County
Commission Expires Nov. 20, 2022