BRONSON LAW OFFICES, P.C.
*Proposed Counsel to Debtor and Debtor in Possession*
H. Bruce Bronson, Jr.
480 Mamaroneck Ave.
Harrison, NY 10528
877-385-7793(phone)
888-908-6906 (fax)
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

                                                 Chapter 11

      KUM GANG INC.

                                               Case No. 19-46432 (CEC)

                       Debtor.
-------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of all the equity security holders of Kum Gang Inc.:

| Name and Address | Percentage Ownership |
|---|---|
| Ji Sung Yoo<br>c/o Kum Gang, Inc.<br>138-28 Northern Blvd.<br>Flushing, NY 11354 | 83% |
| Je Sang Yu<br>c/o Kum Gang, Inc.<br>138-28 Northern Blvd.<br>Flushing, NY 11354 | 17% |