**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In Re:                                           Chapter 11
                                                 Case No.: 19-46432-cec

**KUM GANG INC.**
                **Debtor.**
-------------------------------------------------------------X

## ORDER VACATING AUTOMATIC STAY

Upon the motion of Kit Realty LLC (hereinafter referred to as the "Movant"), by Jeremy M. Poland, Esq. for an order pursuant to 11 U.S.C. § 362(d) to terminate the automatic stay with respect to the premises located at 138-18/38 Northern Boulevard, Flushing, NY 11354 (the "Premises"); and upon the record of the hearing held on November 20, 2019; and due deliberation having been had; and sufficient cause appearing therefor; it is hereby

ORDERED, that the automatic stay in effect pursuant to 11 U.S.C. § 362, is hereby terminated pursuant to 11 U.S.C. § 362 (d)(1) and (2) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law with respect to the Premises. Further, the automatic stay of the effect of this Order pursuant to the Federal Rules of Bankruptcy 4001(a)(3) is hereby waived and this Order is effective immediately.



**Dated: Brooklyn, New York**
        **December 2, 2019**

                                                                 _/s/ Carla E. Craig_
                                                       **Carla E. Craig**
                                             **United States Bankruptcy Judge**