```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                              Case No. 19-46432-cec
Kum Gang, Inc.                                                      Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0207-1           User: adobson              Page 1 of 1                  Date Rcvd: Feb 28, 2020
                               Form ID: 227               Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
```
db              Kum Gang, Inc.,    13828 Northern Blvd,    Flushing, NY  11354-3406
smg            +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
smg            +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
                 Washington, DC 20220-0001
9722900         Bank of America,    PO Box 15796,    Wilmington, DE  19886-5796
9722901         FDNY,    9 Metrotech Ctr,    Brooklyn, NY  11201-5431
9722903         KBIC Insurance Co.,    1560 Broadway Ste 800,    New York, NY  10036-2518
9722904         Kitt Reality, Inc.,    47 Hillside Ave,    Manhasset, NY  11030-2229
9722906         NYC Department of Finance,    345 Adams St Fl 3,    Brooklyn, NY  11201-3719
9733397        +NYS Department of Labor,    State Campus,    Bldg 12 Rm 256,    Albany, NY 12240-0001
9722907        +NYS Dept. of Labor,    Unemployment Division,    State Campus Bldg 12, RM 256 Rm 256,
                 Albany, NY 12207
9740136        +Noah Bank,    2337 Lemoine Ave,    Fort Lee, NJ 07024-6211
9722905         Noah Bank,    7301 Old York Rd,    Elkins Park, PA  19027-3004
9782422        +U.S. Trustee Payment Center,    P.O. Box 6200-19,    Portland, OR 97228-6299
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 28 2020 18:49:40
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 28 2020 18:49:04
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-4811
9722902         EDI: IRS.COM Feb 28 2020 23:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
9727115         E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 28 2020 18:49:40
                 New York State Department of Taxation & Finance,    Bankruptcy Section,    P O Box 5300,
                 Albany New York 12205-0300
                                                                                               TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
```
              H Bruce Bronson    on behalf of Debtor    Kum Gang, Inc. ecf@bronsonlaw.net,
               hbbronson@bronsonlaw.net
              Jae-Ung  Choe    on behalf of Creditor    Noah Bank jaechoe@outlook.com
              Jeremy M. Poland    on behalf of Creditor    Kit Realty, Inc. jpoland@hwrpc.com,
               jeremypoland1975@gmail.com
              Kenneth F. McCallion    on behalf of Plaintiff    Kum Gang, Inc kfm@mccallionlaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

| **Information to identify the case:** | |
|---|---|
| Debtor  **Kum Gang, Inc.**  Name | EIN  **11−3193913** |
| United States Bankruptcy Court  **Eastern District of New York**  Case number:  **1−19−46432−cec** | Date case filed for chapter  **11**   **10/25/19** |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on October 25, 2019, and an order having been signed by the Honorable Carla E. Craig, United States Bankruptcy Judge, on February 27, 2020 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: February 28, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]